FILED SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 16 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>vs.<br>Christian Guzman Estrada<br>               Defendant. | Case No.: SACR08-0308-DOC-5<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central Dist. of CA__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __allegations of failure to report change of residence in 2016__

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _allegations of substance abuse; criminal history_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 12/16/19

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE